IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.  1:05CR519-005 |
| | ) | |
| Plaintiff, | ) | JUDGE CHRISTOPHER A. BOYKO |
| | ) | |
| v. | ) | MAGISTRATE JUDGE VECCHIARELLI |
| | ) | |
| TIFFANY YOUNGBLOOD, | ) | |
| | ) | |
| Defendant. | ) | <u>ORDER</u> |

On December 21, 2005, Defendant entered a plea of guilty to Counts 6 and 18 of an indictment charging 18 U.S.C. § 513(a) and 2 - Uttering Forged Securities, Aiding and Abetting and 18 U.S.C. § 1708 and 2 - Theft of Mail, Aiding and Abetting, respectively.  Defendant was sentenced by this Court on March 14, 2006 to 24 months Probation on each count to run concurrent,  Drug Testing and Treatment, Mental Health Aftercare, and  Restitution in the amount of $2,516.00.   Defendant was immediately remanded to the custody of the United States Marshal to begin inpatient drug treatment (ECF Doc. Nos. 47, 79).

On November 27, 2007, the Court received a Violation Report from the Pretrial/Probation office requesting the Court issue an arrest warrant for Defendant.  The Violation Report listed the nature of each non-compliance: (1) Defendant entered a plea of "no contest" to one count of Theft, F4, in the Medina County Common Pleas Court, Case No. 07CR0147, was found guilty, and sentenced to 6 months custody of the Ohio Department of

Rehabilitation and Corrections; (2) Illicit Use of Substances in which urine samples collected on December 11, 2006, August 21, 2007 and  September 12, 2007  tested  positive for marijuana metabolite; (3) Failure to Comply with Substance Abuse Counseling and Drug Testing; and (4) Failure to Make Restitution Payments.

Defendant , represented by counsel, appeared before this Court for a Revocation of Probation hearing on May 19, 2008.

Scott M. Stutler, Probation Officer, gave an overview of the violations listed in the Violation Report.

Counsel for Defendant stated the Defendant admits to the violations, has served 6 months State time and requests Probation.

The Government had no objections to the recommendations of the Probation Officer for concurrent time to the State sentence and no further supervision.

After consultation with Counsel and the Probation Officer, the Court revokes Defendant's Probation, orders 6 months custody to the Bureau of Prisons concurrent to the State sentence[1] with no further supervision.

IT IS SO ORDERED.

s/Christopher A. Boyko                          
Christopher A. Boyko
U.S. District Court Judge

May 20, 2008

---

[1]  For the Bureau of Prisons purposes, this sentence is considered as "time served."